RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE  1/4/11
BY  ___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TERRANCE WAYNE LUKE, | CIVIL ACTION |
| Petitioner | SECTION "P" |
| | NO. 1:09-CV-01932 |
| VERSUS | |
| WARDEN, WINN CORRECTIONAL CENTER, | JUDGE JAMES T. TRIMBLE |
| Respondent | MAGISTRATE JUDGE JAMES D. KIRK |

# J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Luke's petition for habeas corpus relief is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 4th day of January, 2011.

_____
JAMES T. TRIMBLE
UNITED STATES DISTRICT JUDGE